IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DERRICK L. SMITH,

    Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                      Case No. 12-cv-954-wmc

BOB DICKMAN, *et al.*,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice pursuant to Fed. R. Civ. P. 41(b) for plaintiff Derrick L. Smith's repeated failure to amend his pleadings as directed.

| /s/ | 4/4/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |